RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Quincy Stewart

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUINCY STEWART,<br><br>　　　　　Defendant. | Case No. 2:17-cr-125-APG-NJK<br><br>**DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S WAIVER OF TEMPORARY RIGHT TO CUSTODY UNDER THE INTERSTATE AGREEMENT ON DETAINERS ACT** |

The defendant, QUINCY STEWART, by and through his counsel of record, Brian Pugh, Assistant Federal Public Defender, moves this Honorable Court to withdraw Defendant's Waiver of Temporary Right to Custody under the Interstate Agreement on Detainers Act. ECF No. 10. This motion is based upon the following points and authorities.

DATED this 11th day of May, 2017.

　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　By: */s/ Brian Pugh*

　　　　　　　　　　　　　　　　　Brian Pugh
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

## POINTS AND AUTHORITIES

On April 19, 2017, a federal grand jury empaneled in the District of Nevada returned an indictment against Quincy Stewart ("Mr. Stewart") charging him with one count of Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2). ECF No. 1. The indictment remains pending against Mr. Stewart.

On April 19, 2017, this Court issued an Order for Issuance of Writ of Habeus Corpus Ad Prosequendum for Quincy Stewart to the Clark County Detention Center ("CCDC"). ECF Nos. 5 and 6. On April 26, 2017, Quincy Stewart was taken into federal custody from the CCDC.

On April 26, 2017, Mr. Stewart made his initial appearance. ECF No. 11. Prior to his initial appearance, Mr. Stewart was detained at the CCDC. See ECF No. 6. At his initial appearance, Mr. Stewart submitted to detention and executed a Waiver of Temporary Right to Custody under the Interstate Agreement on Detainers Act. ECF Nos. 10 and 11.

Now, Mr. Stewart would prefer to participate in the programs and opportunities at the Nevada Southern Detention Center ("NSDC"). Mr. Stewart requests pursuant to 18 U.S.C. App. 2, Art. IV that he be taken back into federal custody and placed at the NSDC.

DATED this 11th day of May 2017.

          Respectfully Submitted,

          RENE L. VALLADARES
          Federal Public Defender

By: */s/ Brian Pugh*

          Brian Pugh
          Assistant Federal Public Defender
          Attorney for Quincy Stewart

IT IS SO ORDERED.

DATED: May 15, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 11, 2017, she served an electronic copy of the above and foregoing **DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S WAIVER OF TEMPORARY RIGHT TO CUSTODY UNDER THE INTERSTATE AGREEMENT ON DETAINERS ACT** by electronic service (ECF) to the person named below:

> STEVEN MYHRE
> Acting United States Attorney
> ALEXANDRA MICHAEL
> Assistant United States Attorney
> 501 S. Las Vegas Blvd Ste 1100
> Las Vegas, NV 89101

*/s/ Karen Meyer*
_____
Employee of the Federal Public Defender