# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-125-APG-NJK |
|---|---|
| Plaintiff, | **ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT** |
| v. | |
| QUINCY STEWART, | (ECF No. 34) |
| Defendant. | |

Based upon defendant Stewart's unopposed motion for the preparation of a pre-plea Presentence Investigation Report, and good cause therefor,

IT IS HEREBY ORDERED that Stewart's motion **(ECF No. 34) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report within 90 days.

IT IS FURTHER ORDERED that Stewart's counsel shall provide a copy of this order to the Probation Office immediately.

DATED this 30th day of November, 2017.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE