# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY STEWART,<br><br>Defendant. | CASE NO.: 2:17-cr-00125-APG-NJK<br><br>**ORDER APPOINTING COUNSEL**<br><br>[ECF NO. 67] |

Defendant Quincy Stewart has filed a motion seeking the appointment of counsel in light of the new United States Supreme Court authority, *Rehaif v. United States*, __ U.S. __, 139 S. Ct. 2191 (June 21, 2019). ECF No. 67. Given the nature of the relief requested, I exercise my discretion under the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1) and (c), **grant the motion (ECF No. 67)**, and appoint the Office of the Federal Public Defender for the District of Nevada to represent Mr. Stewart for the limited purpose of determining whether there is a basis for him to seek relief pursuant to *Rehaif*.

DATED: August 28, 2019

_____
UNITED STATES DISTRICT JUDGE